IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INGRID MARJORIE ESTRADA-GOMEZ, A# XXXXXX499, Petitioner, | § § § § § | |
| v. | § | No. 3:26-CV-1890-G-BW |
| WARDEN, PRAIRIELAND DETENTION CENTER, Respondent. | § § § § | Referred to U.S. Magistrate Judge[1] |

**ORDER**

Petitioner Ingrid Marjorie Estrada-Gomez, an immigration detainee, filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 8, 2026. (Dkt. No. 1.) Respondent has appeared in this action and filed a response. (Dkt. No. 8.) On November 13, the clerk received a signed pleading from Estrada-Gomez stating that she no longer wishes to pursue this habeas proceeding and wants to dismiss the petition without prejudice. (Dkt. No. 10.)

Because Respondent has appeared and filed a response, Plaintiff may voluntarily dismiss this habeas action only by filing a joint stipulation signed by all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(ii), or by a court order on terms the court considers proper, *see* Fed. R. Civ. P. 41(a)(2). Estrada-Gomez's filing does not by itself effect the dismissal of this action.

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

Additionally, because Estrada-Gomez is represented by counsel, she may not file motions that are not approved by or adopted by her attorney. *See Wolfe v. City of Port Arthur*, No. 1:20-CV-465-MAC-ZJH, 2023 WL 5321075, at *1 (E.D. Tex. Aug. 17, 2023) ("Without approval of or the adoption of the motion by plaintiff's counsel, Wolf is not permitted to file *pro se* pleadings."). The Court therefore will take no action on Estrada-Gomez's motion unless Petitioner's counsel manifests an intent to adopt or supplement the motion within 14 days of the date of this order. In the event counsel takes no action on the motion within the time allowed, the Court will strike the motion as an unauthorized filing. If counsel manifests an intent to adopt or supplement the motion, the government may file a response within 14 days of the adoption or supplementation.

**SO ORDERED** on November 17, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE